against Peter F. Meyer and others, commissioners. E. A. Alexander and T. Connoly, for respondents. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEREIRA, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Moses Pereira against the Metropolitan Street Railway Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

PHILLIPS, Respondent, v. EVENING STAR NEWSPAPER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Walter R. Phillips against the Evening Star Newspaper Company. H. T. Fay, for appellant. W. C. Davis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PILKEY, Respondent, v. HARROWER, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Jane Pilkey against Lewis E. Harrower. No opinion. Judgment and order unanimously affirmed, with costs.

In re PINE'S WILL. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) In the matter of probate of the alleged last will and testament of Hannah S. Pine, deceased. No opinion. Decree unanimously affirmed, with costs.

PLATT et al. v. NEW YORK & S. B. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by William O. Platt and another, trustees, against the New York & Sea Beach Railway Company and another. No opinion. Order (72 N. Y. Supp. 1124) resettled, and two questions certified.

PODMORE, Respondent, v. SOUTH BROOKLYN SAV. INST., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by John Podmore, as administrator, against the South Brooklyn Savings Institution. J. W. Greene, for appellant. M. Schaap, for respondent. No opinion. Judgment affirmed, with costs.

POLYKRANAS, Respondent, v. KRAUSZ, Marshal, et al., appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Eliza J. Polykranas against Bernath Krausz, as marshal, etc., and others. O. J. Hochstadter (Abraham B. Schleimer, of counsel), for appellants. David B. Cahn, for respondent. No opinion. Motion granted, unless the appellants serve the requisite papers and bring the case on for argument at the next term of this court.

POLYKRANAS, Respondent, v. KRAUSZ, Marshal, et al., appellants. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Eliza J. Polykranas against Bernath Krausz, as marshal, etc., and others. O. J. Hochstadter (Abraham B. Schleimer, of counsel), for appellants. David B.

Cahn, for respondent. No opinion. Motion denied, with $10 costs.

POTS, Appellant, v. SICHER, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Alfred Pots against David E. Sicher. No opinion. Judgment affirmed, with costs.

JENKS, J., not sitting.

POTTER v. GOUVERNOUR & O. R. CO. et al. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Adelbert Potter against the Gouvernour & Oswegatchie Railroad Company and others. No opinion. Judgment unanimously affirmed, with costs.

PRATT, Respondent, v. PATTERSON, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Nelson Pratt against John Patterson. No opinion. Judgment and order unanimously affirmed, with costs.

PRICE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Alfred Price against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

QUADE, Appellant, v. BERTSCH et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Caroline Quade against Peter Bertsch and another. No opinion. Motion to resettle order granted, so that the same shall award costs to all parties to be paid out of the estate, including costs of this appeal to the guardian ad litem by way of compensation. See 72 N. Y. Supp. 916.

QUIRK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Maria Quirk against the Nassau Electric Railroad Company. No opinion. Motion denied.

RANDALL, Appellant, v. CONNORS, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Clark T. Randall against Patrick Connors. No opinion. Judgment affirmed, with costs.

PARKER, P. J., not sitting.

RANKIN, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Alburtus Rankin against John B. Campbell. J. Armstrong, for appellant. F. D. Peale, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

R. HUDNUT'S PHARMACY, Appellant, v. TANKARD, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Suit by R. Hudnut's Pharmacy against Joseph Tankard. From an order denying a motion for an injunction, complainant